```
ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL(CA Bar No. 227153)
Assistant United States Attorney
KATHLEEN R. UNGER (CA Bar No. 272279)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Email:    joanna.hull@usdoj.gov
                kathleen.unger@usdoj.gov
      Telephone: (213) 894-6585/8341
      Fax:       (213) 894-7819
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD H. PEREZ, | No. CV 11-10771 PA (RZx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH** |
| v. | **PREJUDICE** |
| RAY MABUS, SECRETARY, DEPARTMENT OF THE NAVY | |
| Defendant. | Honorable Percy Anderson |

Pursuant to the Court's July 25, 2013 Order and the Receipt in Full Satisfaction of Settlement filed on September 17, 2013,

///

///

///

IT IS HEREBY ORDERED:

Plaintiff's action is dismissed in its entirety with prejudice, with each party bearing its own costs of suit and fees.

DATED: October 1, 2013

_____
Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

2